IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case Number 3:14-CV-00599-RJC-DCK

| United States of America | ) | |
|---|---|---|
| **Plaintiff** | ) | |
| | ) | |
| **Vs.** | ) | CASE NO. DNCW3:14CV599 |
| | | (Financial Litigation Unit) |
| | ) | |
| Robin Davis | ) | |
| **Defendant** | ) | |

**DEFAULT JUDGMENT**

A default having been entered against Defendant and counsel for Plaintiff having requested judgment by default against Defendant and having filed a proper declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure;

Judgment by default is rendered in favor of Plaintiff, the United States of America, and against Defendant, Robin Davis, in the total amount of $24,579.40 together with interest to accrue from the date of this judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, and costs in the sum of $400.00, and all future costs. No prejudgment interest is sought on this amount. Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

March 13, 2015

Signed: March 13, 2015

Frank G. Johns, Clerk
United States District Court